**752**

AMERICAN MANUFACTURING COMPANY, Plaintiff–Appellee,

v.

LIGHTHOUSE TREATMENT SYSTEMS and James F. Prochaska, Defendants–Appellants.

No. 03–1474, 03–1550.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 2, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).